IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ATSIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv723-MHT |
| | ) | (WO) |
| JOHN PERRYMAN and NATIONAL | ) | |
| GENERAL INSURANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 15), which does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because it has not been signed by *all* parties that have appeared, but which the court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, defendant John Perryman is dismissed with prejudice and terminated as a party, with costs taxed as paid. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of July, 2018.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE